

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00598-CV

Roland **FLORES**,
Appellant

v.

**BAC HOME LOANS SERVICING, L.P.** and
Its Successors, Assigns, and Predecessors in Interest,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-09313
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee BAC Home Loans Servicing, L.P. and Its Successors, Assigns, and Predecessors in Interest recover its costs of this appeal from appellant Roland Flores.

SIGNED August 21, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice